**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-2161**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff - Appellee,

v.

THOMAS G. ELLIS; THOMAS H. VETTER; CHAREL WINSTON, Relief Defendants,

Defendants - Appellants,

and

NORTH STAR FINANCE LLC; YASUO ODA; MICHAEL K. MARTIN; SHARON L. SALINAS; CAPITAL SOURCE FUNDING LLC; CAPITAL SOURCE LENDING LLC; GOODWILL FUNDING INC., Relief Defendants,

Defendants,

v.

ANDREW HUTCHISON; GRIFFITH THOMAS ELLIS,

Third Party Defendants.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. George Jarrod Hazel, District Judge.  (8:15-cv-01339-GJH)

Submitted:  September 30, 2020                    Decided:  October 23, 2020

Before MOTZ, FLOYD, and RICHARDSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas G. Ellis, Thomas H. Vetter, Charel Winston, Appellants Pro Se.  Sarah Ribstein Prins, Office of the General Counsel, UNITED STATES SECURITIES & EXCHANGE COMMISSION, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas G. Ellis, Thomas H. Vetter, and Charel Winston appeal the district court's order granting summary judgment to the Securities and Exchange Commission in its civil enforcement action and ordering disgorgement of all ill-gotten funds.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sec. & Exch. Comm'n v. North Star Fin., LLC*, No. 8:15-cv-01339-GJH (D. Md. Aug. 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although North Star Finance, LLC, and Goodwill Funding Inc. were listed on the notice of appeal, those entities are not permitted to proceed pro se on appeal. As neither entity is represented by counsel in this court, we have not considered any claim as to them.

3